```
                              FILED
                    CLERK, U.S. DISTRICT COURT

                         OCT 2 2 2009

                  CENTRAL DISTRICT OF CALIFORNIA
                  BY                      DEPUTY
```

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br>PLAINTIFF<br>v.<br>Marvin Louis Winbush<br>DEFENDANT(S). | CASE NUMBER<br>CR 09-893 PA<br><br>ORDER OF TEMPORARY DETENTION<br>PENDING HEARING PURSUANT<br>TO BAIL REFORM ACT |
|---|---|

Upon motion of _Defendant's Counsel, Errol Stambler_, IT IS ORDERED that a detention hearing is set for _Tuesday, October 27_, _2009_, at _2:00_ ☐ a.m. / ☑ p.m. before the Honorable _Ralph Zaretsky_, in Courtroom _540_.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
                (Other custodial officer)

Dated: _10/22/09_

_____
U.S. District Judge/Magistrate Judge

---

CR-66 (10/97)   ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT

Page 1 of 1